RECEIVED
IN ALEXANDRIA, LA
JUL - 2 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK DAVIS, aka<br>DERICK DEWAYNE DAVIS<br>LA. DOC. #126965 | CIVIL ACTION NO. 08-1627<br>SECTION P |
| VS. | JUDGE DRELL |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases since petitioner's claims were not exhausted, and, although they are now technically exhausted, they must be dismissed as procedurally defaulted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 2nd day of July, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE